UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELLEN ELIZABETH TARR, individually and on behalf of all others similarly situated,

                        Plaintiffs,

   -against-

NATASHA DURHAM DESIGN, INC.

                        Defendant.
------------------------------------------------------------X

Case No. 1:23-cv-9321

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: May 14, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC<br>By: _____<br>Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | McCabe Collins McGeough Fowler Levine & Nogan LLP<br>By: _____<br>Robert J. Passarelli, Esq.<br>30 Jericho Executive Plaza<br>Suite 400C<br>Jericho, N.Y. 11753<br>516-741-6266<br>rpassarelli@mcmflaw.com<br>*Attorneys for Defendant* |

SO ORDERED: ___Vernon Broderick___
U.S.D.J

Dated: May 20, 2024

4895-5040-3388.1